PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Robert J. Feinstein (NY Bar No. 1767805)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         rfeinstein@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD. <br><br> Defendants. | § § § § § § § § § § § § § Case No. 3:21-cv-00842-B |

**DEFENDANT HIGHLAND CAPITAL MANAGEMENT, L.P.'S
<u>CERTIFICATE OF INTERESTED PERSONS PURSUANT TO FED. R. CIV. P. 7.1</u>**

DOCS_NY:43723.1 36027/002

Highland Capital Management, L.P. (the "Defendant"), a defendant in the above-referenced matter, pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2 of the Local Civil Rules for the Northern District of Texas, hereby submits the following *Certificate of Interested Persons* (the "CIP"):

**For a nongovernmental corporate party, list the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

None/Not Applicable

**Provide a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Charitable DAF Fund, L.P., a Plaintiff in the above-referenced matter.

2. CLO Holdco Ltd., a Plaintiff in the above-referenced matter.

3. Highland Capital Management, L.P., a Defendant in the above-referenced matter.

4. Highland HCF Advisor, Ltd., a Defendant in the above-referenced matter.

5. Highland CLO Funding, Ltd., a Defendant in the above-referenced matter.

Defendant reserves the right to amend or supplement this CIP as and if necessary or appropriate.

| | |
|---|---|
| Dated: July 23, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Robert J. Feinstein (NY Bar No. 1767805)<br>John A. Morris (NY Bar No. 266326)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>            rfeinstein@pszjlaw.com<br>            jmorris@pszjlaw.com<br>            gdemo@pszjlaw.com<br>            hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Highland Capital Management, L.P.* |

### CERTIFICATE OF SERVICE

I hereby certify that, on July 23, 2021, a true and correct copy of the foregoing CIP was served electronically via the Court's CM/ECF system upon the parties registered to receive electronic notice in this proceeding.

                                                          */s/ Zachery Z. Annable*
                                                            Zachery Z. Annable