UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　Debtor(s)<br>Charitable DAF Fund, LP  et al.<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Highland Capital Management, LP  et al.<br>　　　　　　　　　　　Defendant(s)<br>Charitable DAF Fund, LP et al.<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Highland Capital Management, LP et al.<br>　　　　　　　　　　　Defendant(s) | §§§§§§§§§§§§§§§§ | Case No.:     19−34054−sgj11<br>Chapter No.:   11<br><br>Adversary No.:   21−03067−sgj<br><br>Civil Case No.:     3:21−cv−0842−B |

# NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

　　One copy of: Report and Recommendation to the District Court on "Renewed Motion to Withdraw the Reference" [Bankr. Doc. No. 128] .


DATED:  2/6/23　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　by: /s/Sheniqua Whitaker, Deputy Clerk